446 F.2d 650
 John B. TARLTON, Jr., and Harry Boyd, Petitioners-Appellants,
v.
Honorable John N. MITCHELL, Attorney General of the United
States, etc., et al., Respondents-Appellees.
No. 71-1823 Summary Calendar.*
*Rule 18, 5 Cir., Isbell Enterprises, Inc.
v.
Citizens Casualty Company of New York et al., 5 Cir., 1970,
431 F.2d 409, Part I.
 United States Court of Appeals, Fifth Circuit.
 Aug. 18, 1971.
 
 John B. Tarlton, Jr., Asst. U.S. Atty., pro se.
 Harry Boyd, pro se.
 John W. Stocks, U.S. Atty., E. Ray Taylor, Jr., Asst. U.S. Atty., Atlanta, Ga., for respondents-appellees.
 Before THORNBERRY, MORGAN and CLARK, Circuit Judges.
 PER CURIAM:
 
 Affirmed. See Local Rule 21.[1]
 
 
 [1]
 See N.L.R.B. v. Amalgamated Clothing Workers of America, 5 Cir., 1970, 430 F.2d 966